| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| RICHARD D WILLIAMSON, ESQ, Bar #248570<br>ROBERTSON, JOHNSON, MILLER & WILLIAMSON<br>50 WEST LIBERTY STREET,<br>SUITE 600<br>RENO, NV  89501<br>Telephone No: 775-329-5600    FAX No: 775-348-8300<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: GLENBROOK PARTNERS, L.P., et al.
Defendant: ANGELICA THERAPEUTICS, INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT, | Hearing Date: | Time: | Dept/Div: | Case Number:<br>17-CV-5897 KAW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT,; EXHIBITS, SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A WESTMORE, NOTICE RE: TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE KANDIS A WESTMORE, U.S. MAGISTRATE JUDGE KANDIS A WESTMORE SAMPLE OF TRIAL EXHIBIT TAGS, STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A WESTMORE, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT.

3. a. Party served: ANGELICA THERAPEUTICS, INC., A DELAWARE CORPORATION

4. Address where the party was served: CORPORATE SERVICE CENTER OF CALIFORNIA
   2030 MAIN STREET
   FL 13
   IRVINE, CA  92614

5. I served the party:
   b. **by substituted service**. On: Wed., Oct. 18, 2017 at: 8:50AM by leaving the copies with or in the presence of:
      TANNA VIOLI, ASSISTANT, White, Female, 45 Years Old, Black Hair, 5 Feet 5 Inches, 130 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRYAN CANAS
   d. *The Fee for Service was:*  $89.00



P.O. Box 5383
Walnut Creek, CA 94596
(925) 947-1221
fax (925) 947-1375

LEGAL SERVICES
Registration # 792

   e. I am: (3) registered California process server
      (i) Owner
      (ii) *Registration No.:*  PS-001603
      (iii) *County:*  Riverside
      (iv) *Expiration Date:*  Thu, Jan. 17, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Oct. 19, 2017

   *B. CANAS*

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT, | (BRYAN CANAS) | robertso.78086 |